**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Dwayne Phelps,

Plaintiff,

v.

Unknown Rehm,

Defendant.

No. CV-26-00544-PHX-KML (JZB)

**ORDER**

On October 23, 2026, Magistrate Judge John Z. Boyle issued a Report and Recommendation ("R&R"). (Doc. 29.) The R&R recommends the court deny plaintiff's motion to amend the complaint. The parties had fourteen days to file objections, but none were filed. The R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 29) is **ADOPTED**. The Motion to Amend (Doc. 23) is **DENIED**. This matter remains referred to Magistrate Judge John Z. Boyle.

Dated this 20th day of November, 2026.

Honorable Krissa M. Lanham
United States District Judge